FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-984
_____

MICHAEL RYAN BAUGH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

September 24, 2020

PER CURIAM.

AFFIRMED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael Ryan Baugh, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.